**Order entered November 28, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00111-CV

### ALEJANDRO CASILLAS PRIETO, Appellant

### V.

### RICHARD RENE ALAMIA, ET AL., RAFAEL DE LA GARZA, II & (FNU) DE LA GARZA, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02393-2016**

## ORDER

Before the Court are appellant's November 26, 2018 pro se motions to extend the time to file his amended brief and for leave to make documentation part of the record.

Appellant's motion to extend the time to file his amended brief is **GRANTED**. Appellant's brief shall be filed by **December 28, 2018**. *We expressly caution appellant that failure to file an amended brief may result in the dismissal of this appeal without further notice.* TEX. R. APP. P. 38.8(a)(1).

In his motion for leave to make documentation part of the record, appellant attaches various correspondence explaining why he failed to serve one defendant at that defendant's proper address. The documents attached to appellant's motion are part of the appellate record to

the extent they are attached to appellant's motion. To the extent appellant's motion was intended to supplement the clerk's record with the documents, the motion is **DENIED**. Appellant's amended brief must contain an accurate certificate of service. *See* TEX. R. APP. P. 9.5(e).

/s/    DAVID EVANS
        JUSTICE